UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DARIUS MCDOUGLE, *individually and on behalf of all others similarly situated,* | § § § § | |
| *Plaintiff,* | § § | CASE NO. 0:22-cv-60935 |
| v. | § § § § | |
| OXYGEN XL, *Defendant.* | § | |

## DEFENDANT OXYGEN XL'S
## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant OXYGEN XL and files its Notice of Removal as follows:

1. Plaintiff DARIUS MCDOUGLE, filed his state court Complaint on April 4, 2022 in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida located at 201 S.E. 6TH Street, Fort Lauderdale, Florida 33301.

2. This is a civil action based on Plaintiff's contention that the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA")

3.    Removal is proper because this case involves a federal question—an alleged violation of the FDCPA. This entire suit is removable under 28 U.S.C. § 1441(a).

4.    Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

5.    Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's state court Petition.

7.    Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

8.    A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida.

9.    Plaintiff requested a jury trial in the state court.

WHEREFORE, Defendant OXYGEN XL respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: May 17, 2022                    Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Chelsey R. Pankratz*
CHELSEY R. PANKRATZ
FL State Bar No. 120912
Email: cpankratz@mamlaw.com
**MALONE FROST MARTIN PLLC**
301 W. Bay Street, Suite 14147
Jacksonville, FL, US 32202
T: 214-346-2630 | F: 214-346-2631

*Counsel for Defendant Oxygen XL*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 17th day of May 2022.

*/s/ Chelsey R. Pankratz*
CHELSEY R. PANKRATZ