UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| DARIUS MCDOUGLE, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiff,* <br><br> v. <br><br> OXYGEN XL, <br><br> *Defendant.* | § § § § § § § § § § | CASE NO. 0:22-cv-60935-RAR |

### DEFENDANT OXYGEN XL'S
### NOTICE OF REFILING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant OXYGEN XL, pursuant to this Court's Order dated May 31, 2022 [DE 7], and files its Notice of Refiling of Attachment # 3 of the Notice of Removal [DE1] (ECF No 1-3, Attachment # 3 State Complaint).

Dated: June 8, 2022                    Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Chelsey R. Pankratz*
CHELSEY R. PANKRATZ
FL State Bar No. 120912
Email: cpankratz@mamlaw.com
**MALONE FROST MARTIN PLLC**
301 W. Bay Street, Suite 14147
Jacksonville, FL, US 32202
T: 214-346-2630 | F: 214-346-2631
*Counsel for Defendant Oxygen XL*

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been forwarded via **CM/ECF** system to all parties entitled to notice of the same on this 8th day of June 2022.

                                        */s/ Chelsey R. Pankratz*
                                        CHELSEY R. PANKRATZ