UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60935-RAR

**DARIUS MCDOUGLE,**

    Plaintiff,

v.

**OXYGEN XL**,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On July 5, 2022, the Court entered an Order Scheduling Mediation [ECF No. 17] for **October 19, 2022**, which required the parties to file a mediation report within **seven (7) days** of the mediation. To date, the parties have not filed a mediation report. It is therefore

**ORDERED AND ADJUDGED** that on or before **November 4, 2022**, the parties shall file a mediation report. Failure to comply with this Order will result in the entry of sanctions without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of November, 2022.

                                                **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**